| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br>**GENOVA BURNS, LLC**<br>110 Allen Road, Ste. 304<br>Basking Ridge, New Jersey 07920<br>Phone: (973) 533-0777<br>Fax: (973) 533-1112<br>*Counsel to Affiliated Physicians and Employers*<br>*Master Trust*<br>**DANIEL M. STOLZ, ESQ.**<br>**DONALD W. CLARKE, ESQ.** | |
| In Re:<br><br>**AFFILIATED PHYSICIANS AND**<br>**EMPLOYERS MASTER TRUST d/b/a**<br>**MEMBERS HEALTH PLAN NJ,**<br><br>                                      Debtor. | Case No.:  21-14286(MBK)<br><br>Judge: Honorable Michael B. Kaplan<br><br>Chapter: 11 |
| **AFFILIATED PHYSICIANS AND**<br>**EMPLOYERS MASTER TRUST d/b/a**<br>**MEMBERS HEALTH PLAN NJ,**<br><br>                                      Plaintiff,<br>v.<br><br>**AETNA LIFE INSURANCE COMPANY**<br>**AND AFFILIATED ENTITIES,**<br><br>                                      Defendants. | Adv. Pro. No.: 21- 1366   (MBK) |

## ORDER TO SHOW CAUSE AND FOR TEMPORARY AND PRELIMINARY INJUNCTIVE RELIEF

The relief set forth on the following pages is hereby:

**ORDERED**

HON. MICHAEL B. KAPLAN, U.S.B.J.

20

Dated: September ___, 2021

**In Re: AFFILIATED PHYSICIANS AND EMPLOYERS MASTER TRUST**
Case No. 21-14286(MBK)
Caption: ORDER TO SHOW CAUSE AND FOR TEMPORARY AND PRELIMINARY
              INJUNCTIVE RELIEF

**THIS MATTER** being brought before the Court by Affiliated Physicians and Employers

Master Trust ("APEMT" or "Plaintiff"), the debtor-in-possession of the bankruptcy estate, and

plaintiff in the above-captioned adversary proceeding (the "Adversary Proceeding"), by and

through their counsel, Genova Burns, LLC, seeking relief by way of a verified adversary

complaint (the "Complaint") and order to show cause pursuant to Federal Rule of Bankruptcy

Procedure 7065, based on the facts set forth in the Complaint and Application in support; and

prior notice having been provided to counsel for defendant Aetna Life Insurance Company and

its affiliated entities (collectively "Defendant"); and the Court having determined that it has

jurisdiction over this action pursuant to 28 U.S.C. § 1334; and it appearing that immediate

irreparable damage will result before the return date of this Order to Show Cause; and for good

cause shown;

**IT IS** on this ___20 th___ day of September, 2021:

**[ORDER TO SHOW CAUSE]**

**ORDERED** that Defendant appear and show cause before the Honorable Michael B.

Kaplan, U.S.B.J. at the United States Bankruptcy Court, District of New Jersey, Newark

Vicinage, ~~50 Walnut Street, 3rd Floor, Newark~~ 402 E. State St. Trenton, New Jersey 07102, on the _4 th_ day of _October_

2021, at _10:00 a.m_ o'clock, or as soon thereafter as counsel may be heard, why an Order should

not be entered:

1.    Granting the Plaintiff a preliminary injunction pursuant to Fed. R. Bankr. P. 7065

to maintain the status quo by preventing Defendant from terminating the Master Services

Agreement ("MSA") between Plaintiff and Defendant pursuant to Section 17(B)(2) of the MSA,

2

**In Re: AFFILIATED PHYSICIANS AND EMPLOYERS MASTER TRUST**
Case No. 21-14286(MBK)
Caption: ORDER TO SHOW CAUSE AND FOR TEMPORARY AND PRELIMINARY
        INJUNCTIVE RELIEF

and by ordering Defendant to adjudicate benefit claims in coordination and consultation with

Plaintiff in good faith; and

2.    For such other relief as the Court deems is just and proper; and **it is further**

**[TEMPORARY RESTRAINTS]**

    **ORDERED** that:

1.    Defendant is hereby temporarily restrained from terminating the Master Services

Agreement ("MSA") between Plaintiff and Defendant pursuant to Section 17(B)(2) of the MSA

from this date until the Court hears Plaintiff's Order to Show Cause and adjudicates APEMT's

request for preliminary restraints.

2.    Plaintiff shall serve a copy of this Order to Show Cause and Complaint on counsel

for Defendant by electronic mail and regular mail within _1_ days of the date hereof.

3.    Defendant shall file and serve any written opposition to the Application by

September _29th_, 2021.  Defendant must also send a copy of their papers to the Plaintiff's

attorneys whose name and address appear above.  A telephone call will not protect your rights;

you must file and serve your opposition on your adversary if you want the Court to hear your

opposition to the relief sought by Plaintiff.

4.    Pursuant to Fed. R. Bankr. P. 7065(c), Plaintiff shall not be required to post a bond.

5.    If Defendant does not file and service opposition to this Application and Order to

Show Cause, the Application will be decided on the papers on the return date and any relief may

be granted by default, provided that Plaintiffs file a proof of service and proposed form or order

after the return date.